**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Robert B. Walker v. Carolyn Taub and Lori Hood |
| Appellate case number: | 01-20-00580-CV |
| Trial court case number: | 2016-20807 |
| Trial court: | 295th District Court of Harris County |

Appellant, Robert B. Walker, acting pro se, has filed a notice of appeal of the trial court's final judgment signed on June 16, 2020. On October 14, 2020, appellant filed in this Court a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond," a "Motion for Waiver of Payment of Court Costs or an Appeal Bond," and a "Motion for Extension of Appeal and Status of Inability to Afford Payment of Court Costs or an Appeal Bond." Appellant states that he is indigent and requests that we recognize that he may proceed with this appeal without payment of costs or fees.

A clerk's record and reporter's record have already been filed in this appeal. **The Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs or fees.** *See* TEX. R. APP. P. 20.1.; *see also* TEX. R. CIV. P. 145(a).

Because we have determined that appellant may proceed on appeal without payment of costs or fees, appellant's "Motion for Extension of Appeal and Status of Inability to Afford Payment of Court Costs or an Appeal Bond" is **dismissed as moot**.

Appellant's brief remains due January 11, 2021. *See* TEX. R. APP. P. 38.6.

It is so ORDERED.


Judge's signature: ___/s/ Julie Countiss_____

      ☑ Acting individually    ☐ Acting for the Court

Date: ___December 22, 2020_____